IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)

2019 MAY 16 PM 12: 37

| | | |
|---|---|---|
| ERIC C. DETERS | : | Case No. 1:19-cv-0024 |
| Plaintiff | : | |
| | : | Judge Dlott |
| v. | : | |
| MARK SCHWEIKERT | : | |
| Defendants | : | |

## PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S REPORT

I am choosing not to file objections because I no longer want to contest this issue.

All Judges not named Schweikert have allowed me to participate in trials. This includes Judges Brogan, Crawford and Sunderman. They have tried cases while Judge Schweikert spent four months in Florida.

I do believe the Rule 11 issue is unfairly harsh and ask that we simply close this matter.

Respectfully Submitted,

/s/ *Eric C. Deters*
Eric C. Deters, Pro Se
5247 Madison Pike
Independence, KY 41051
859-363-1900 - telephone
859-363-1444 - facsimile

## CERTIFICATE OF SERVICE

      I certify that on this 16th day of May 2019, I filed the foregoing with the Clerk of Court and copies of the foregoing were served upon the following by depositing the same into the mail at the addresses indicated below

Mark Schweikert
1000 Main Street
Cincinnati, Ohio 45202

                                            *__Eric C. Deters__*
                                            Eric Deters, Pro Se