IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC C. DETERS, | : | Case No. 1:19-cv-24 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER TO SHOW CAUSE WHY MONETARY SANCTION SHOULD NOT BE IMPOSED FOR VIOLATION OF FEDERAL RULE OF CIVIL PROCEDURE 11** |
| MARK SCHWEIKERT, | : | |
| Defendant. | : | |

Plaintiff, a former attorney who is no longer licensed to practice law in Ohio or Kentucky, initiated this action *pro se* challenging state court Judge Mark Schweikert's Order dated October 4, 2018, excluding Plaintiff from the courtroom during the civil litigation stemming from actions of former spine surgeon Abubakar Atiq Durrani. For the reasons explained in the Report and Recommendation (Doc. 18), the Court has granted Defendant's motion for judgment on the pleadings (Doc. 20).

Although Plaintiff has indicated that he no longer wishes to proceed with this action (Doc. 19), Plaintiff's filings have forced both the Defendant and the Court to expend time and resources adjudicating the patently frivolous claims presented. Accordingly, consistent with this Court's Order (Doc. 20), Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing no later than **June 14, 2019,** why the Court should not impose a monetary sanction pursuant to Federal Rule of Civil Procedure 11.

IT IS SO ORDERED.

Dated: May 30, 2019

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court

1