IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)

| | | |
|---|---|---|
| ERIC C. DETERS | : | Case No. 1:19-cv-0024 |
| Plaintiff | : | |
| v. | : | Judge Dlott |
| MARK SCHWEIKERT | : | |
| Defendants | : | |

---

**PLAINTIFF'S SHOW CAUSE RESPONSE**

---

Before I filed the lawsuit, I received input and research from lawyers here at Deters Law and Robert Winter who handles Deters Law federal litigation in Durrani. I did not prepare and file the lawsuit without input, research and thought. Paragraph 399 and 400 from my only claim in the Verified Complaint was from research I was provided. In candor, we thought this was an easy win. I only wanted access to the Courtroom and believe the law supports my position. Also, the prayer for relief was a standard prayer. The magistrate made this significant in her report that I requested attorney fees. I was not seeking monetary damages. I only sought access to Court under a federal constitution claim. Nothing else.

The Verified Complaint was filed Pro Se only because I did not want anyone spending time on something I could do. The Verified Complaint details the outrageous, unjust and abuse by the entire Ohio Civil Justice System including Judge Schweikert against the victims of Dr. Durrani for context. I stand by every fact and word. It is tragic. Judge Schweikert, not me, deserves recrimination. He doesn't get any because he wears a robe. I do because I'm a suspended lawyer.

Robert Winter advises me that our other pending federal claims against the Chief Justice and Judge Schweikert have great merit. The Magistrate focused on only one decision we lost. The others are pending

I attempted to simply back off and not fight further as reflected by my one page objection. That tact obviously failed. Opposing counsel did not even seek the Rule 11 relief. I again ask this Court to not sanction me.

                                              Respectfully Submitted,

                                              Eric C. Deters, Pro Se
                                              5247 Madison Pike
                                              Independence, KY 41051
                                              859-363-1900 - telephone
                                              859-363-1444 – facsimile

## CERTIFICATE OF SERVICE

I certify that on this /13th day of June 2019, I filed the foregoing with the Clerk of Court and copies of the foregoing were served upon the following by electronic mail to the following:

Lawrence E. Barbiere
Katherine L. Barbiere
Schroeder, Maundrell, Barbiere & Powers
5300 Socialville-Foster Road
Mason, OH 45040
(513) 583-4200
(513) 583-4203 (fax)
lbarbiere@smbplaw.com
kbarbiere@smbplaw.com
*Attorneys for defendants Mark Schweikert*

                                              Eric Deters, Pro Se